THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART, Respondent, *v.* JAMES L. WELLS et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Cooper Union* v. *Wells,* 98 App. Div. 623, affirmed.
(Argued January 10, 1905; decided January 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1904, which affirmed an order of Special Term vacating an assessment for the purposes of taxation upon certain real estate belonging to the relator.

*John J. Delany, Corporation Counsel* (*George S. Coleman* and *Curtis A. Peters* of counsel), for appellants.

*H. B. Closson* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

ELLEN B. CUDLIP, Respondent, *v.* THE NEW YORK EVENING JOURNAL PUBLISHING COMPANY, Appellant.

(Submitted January 16, 1905; decided January 24, 1905.)

Motion for reargument denied, with ten dollars costs. (See 180 N. Y. 85.)